# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 01-2215

———————

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Robert E. Downs, | * | Eastern District of Missouri. |
| | * | |
| Appellant. | * | [UNPUBLISHED] |

———————

Submitted: November 7, 2001
Filed: November 15, 2001

———————

Before HANSEN, FAGG, and BEAM, Circuit Judges.

———————

PER CURIAM.

Robert E. Downs pleaded guilty to making a false statement when purchasing a firearm, in violation of 18 U.S.C. § 922(a)(6), and being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). The district court[1] sentenced him to 33 months imprisonment and 2 years supervised release. Downs argues on appeal, renewing the objection he presented below, that the court erroneously set his base offense level by characterizing as a crime of violence his prior Missouri conviction for statutory rape.

———————

[1]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

We reject this argument as foreclosed by <u>United States v. Bauer</u>, 990 F.2d 373, 374-75 (8th Cir. 1993) (per curiam), and <u>United States v. Rodriguez</u>, 979 F.2d 138, 140-41 (8th Cir. 1992).

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.